## AFFIDAVIT OF SERVICE

| Case:<br>6:21-CV-03038-MJJ-PJH | Court:<br>United States District Court, Western District of La., Lafayette Division | County:<br>, LA | Job:<br>6090681 (080006-1575) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Tara Laxey-Fogleman | | **Defendant / Respondent:**<br>Josh Guillory, et al. | |
| **Received by:**<br>Lafayette Process Servers LLC | | **For:**<br>Kelley Drye & Warren LLP | |
| **To be served upon:**<br>Donald Landry | | | |

I, Scott Frank, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Donald Landry, • 800 South Buchanan St. 6th Floor, Lafayette, LA 70501 |
| **Manner of Service:** | Personal/Individual, Sep 10, 2021, 2:50 pm CDT |
| **Documents:** | Summons in a Civil Action; Complaint; Civil Cover Sheet |

**Additional Comments:**

 Successful Attempt: Sep 10, 2021, 2:50 pm CDT at • 800 South Buchanan St. 6th Floor, Lafayette, LA 70501 received by Donald Landry. Age: Approx 60 to 70 ; Ethnicity: Caucasian; Gender: Male; Weight: Appprx 175; Height: 6'; Hair: Gray; Relationship: DA; Other: Male, District Attorney 15th Judicial District;

_Scott C Frank_      09/12/2021

_____      _____

Scott Frank                                              **Date**
Court Appointed

Lafayette Process Servers LLC
602 Elwick Dr
Lafayette, La 70507
337-247-9027