UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| TARA FOGLEMAN-LAXEY | : | |
| VERSUS | : | CIVIL ACTION NO.: 6:21-CV-03038 |
| JOSH GUILLORY, ET AL | : | JUDGE MICHAEL J. JUNEAU;<br>MAG. JUDGE HANNA |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**MOTION TO DISMISS PENALTY, PUNITIVE, OR EXEMPLARY DAMAGES**

NOW INTO COURT comes DISTRICT ATTORNEY DONALD LANDRY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 15TH JUDICIAL DISTRICT OF LOUISIANA, who with respect represents as follows:

1.

Pursuant to the original Complaint filed by plaintiff, Tara Fogleman-Laxey, in this matter, and specifically referring to plaintiff's request for punitive damages, Mover herein avers that punitive damages are not recoverable against either a municipality, or municipal officers sued in their official capacity in an action brought pursuant to 42 U.S.C. § 1983.

2.

Further, under Louisiana law, vindictive, punitive, or exemplary damages are not allowed in civil cases, unless specifically provided for by statute or otherwise.  In the absence of a specific statutory provision, only compensatory damages may be recovered.  In this suit, there is no specific Louisiana state statute that would allow a punitive damage award against mover in any capacity.

3.

In this cause of action as pled, the defendant, DISTRICT ATTORNEY DONALD LANDRY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 15TH JUDICIAL DISTRICT OF LOUISIANA, defendant is entitled to absolute prosecutorial immunity in his individual capacity.

4.

Under federal law, punitive damages are not allowed to be awarded against a municipality. *City of Newport v. Fact Concerts, Inc.*, 101 S.Ct. 2748 (1981). Plaintiff's lawsuit against DA Landry in his official capacity is tantamount to a suit against the agency/office itself. A suit against a municipal official in his or her official capacity is simply another way of alleging municipal liability.[1]

WHEREFORE, premises considered, Mover, DISTRICT ATTORNEY DONALD LANDRY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 15TH JUDICIAL DISTRICT OF LOUISIANA, prays this Honorable Court dismiss plaintiff's claims for punitive damages under state and federal law as prayed for by the plaintiff in her original Complaint.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

---

[1] *Howell v. Town of Ball*, 2012 WL 3962387, at *4 (W.D.La.2012), citing *Monell, supra*.

                         BORNE, WILKES & RABALAIS, L.L.C.

BY:          s/Joy C. Rabalais
            JOY C. RABALAIS (26476), T.A.
            H. EDWARD BAROUSSE, III (28310)
            JORDAN JOHN HENAGAN (36206)
            200 West Congress Street, Suite 1000
            Post Office Box 4305
            Lafayette, Louisiana 70502-4305
            Telephone: (337) 232-1604 Ext. 232
            Facsimile: (337) 232-1837
            E-mail: rabalais@bornewilkes.com

            ATTORNEYS FOR DISTRICT ATTORNEY
            DONALD LANDRY, INDIVIDUALLY AND IN HIS
            OFFICIAL CAPACITY AS DISTRICT ATTORNEY
            FOR THE 15TH JUDICIAL DISTRICT OF
            LOUISIANA