UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| TARA FOGLEMAN-LAXEY | : |
| VERSUS | : CIVIL ACTION NO.: 6:21-CV-03038 |
| JOSH GUILLORY, ET AL | : JUDGE MICHAEL J. JUNEAU; <br> MAG. JUDGE HANNA |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## ORDER

Considering the foregoing Motion to Dismiss Penalty, Punitive, or Exemplary Damages on behalf of DISTRICT ATTORNEY DONALD LANDRY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 15TH JUDICIAL DISTRICT OF LOUISIANA, in the above-captioned matter;

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss Penalty, Punitive, or Exemplary Damages filed on behalf of DISTRICT ATTORNEY DONALD LANDRY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 15TH JUDICIAL DISTRICT OF LOUISIANA, be and is hereby *GRANTED*, since punitive or exemplary damages are not recoverable in this matter under state or federal law.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims for penalty, punitive, or exemplary damages in this matter are dismissed.

THUS DONE AND SIGNED at Lafayette, Louisiana, this \_\_\_\_ day of _____, 20\_\_\_\_.

_____
JUDGE