UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

TARA FOGLEMAN-LAXEY                    :

VERSUS                                 :        CIVIL ACTION NO.:  6:21-CV-03038

JOSH GUILLORY, ET AL                   :        JUDGE MICHAEL J. JUNEAU;
                                                MAG. JUDGE HANNA

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**ORDER**

Considering the foregoing Motion to Dismiss Penalty, Punitive, or Exemplary Damages on behalf of MAYOR-PRESIDENT JOSHUA GUILLORY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS MAYOR-PRESIDENT FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT (erroneously referred to as "Josh Guillory"); FORMER INTERIM CHIEF SCOTT MORGAN, IN HIS OFFICIAL CAPACITY AS FORMER INTERIM CHIEF OF POLICE FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; and LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT (erroneously referred to as "Lafayette Consolidated Government ") in the above-captioned matter;

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss Penalty, Punitive, or Exemplary Damages filed on behalf of MAYOR-PRESIDENT JOSHUA GUILLORY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS MAYOR-PRESIDENT FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT (erroneously referred to as "Josh Guillory"); FORMER INTERIM CHIEF

Page 1 of  2

SCOTT MORGAN, IN HIS OFFICIAL CAPACITY AS FORMER INTERIM CHIEF OF

POLICE FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; and

LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT (erroneously referred to as

"Lafayette Consolidated Government "), be and is hereby ***GRANTED***, since punitive or

exemplary damages are not recoverable in this matter under state or federal law.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims for penalty,

punitive, or exemplary damages in this matter are dismissed.

THUS DONE AND SIGNED at Lafayette, Louisiana, this _____ day of

_____, 20_____.


_____
JUDGE