**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **TARA FOGLEMAN-LAXEY** | **CASE NO. 6:21-CV-03038** |
| **VERSUS** | **JUDGE JUNEAU** |
| **JOSH GUILLORY ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## NOTICE OF MOTION SETTING WITHOUT ORAL ARGUMENT

Please take notice that the Motions to Dismiss Penalty, Punitive or Exemplary Damages (Document Nos. 23 and 24) filed by Donald Landry, Joshua Guillory, Lafayette City-Parish Consolidated Government and Scott Morgan on November 9, 2021 has been referred to Honorable Patrick J. Hanna and has been assigned the January 13, 2022 motion date.

### Deadlines

Any response to said motion is due within twenty-one **(21) days** after service of the motion (see LR 7.5). The movant may **file a reply** within seven **calendar (7) days** after the memorandum in opposition is filed. LR 7.8 governs the length of the memoranda. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Therefore, briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

### Courtesy Copies Not Required

The parties are relieved of their obligation under LR 7.1 to provide chambers with courtesy copy of the briefs and any attachments filed in connection with this motion.

**DATE OF NOTICE: November 9, 2021**

TONY R. MOORE
CLERK OF COURT