UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| TARA FOGLEMAN-LAXEY | : |
| VERSUS | :    CIVIL ACTION NO.: 6:21-CV-03038 |
| JOSH GUILLORY, ET AL | :    JUDGE MICHAEL J. JUNEAU;<br>MAG. JUDGE HANNA |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

### MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

NOW INTO COURT, through undersigned counsel, comes defendant, DISTRICT ATTORNEY DONALD LANDRY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 15TH JUDICIAL DISTRICT OF LOUISIANA, who moves to dismiss, with prejudice, plaintiff's civil rights claim under 42 U.S.C. § 1983, as well as her state law claims pursuant to Rule 12 of the Federal Rules of Civil Procedure, and respectfully moves this Honorable Court to render judgment in favor of the defendant and against plaintiff on the grounds that plaintiff has failed to state a claim against the defendant for all the reasons set forth in the accompanying Memorandum in Support of this Motion.

WHEREFORE, defendant, DISTRICT ATTORNEY DONALD LANDRY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 15TH JUDICIAL DISTRICT OF LOUISIANA, prays that this Court grant his Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b) and dismiss the Complaint of plaintiff, in the above captioned action in its entirety, with prejudice, and at plaintiff's cost.

AND FOR ALL JUST AND EQUITABLE RELIEF, ETC.

                                        BORNE, WILKES & RABALAIS, L.L.C.

BY:          S/Joy C. Rabalais
            JOY C. RABALAIS (26476), T.A.
            H. EDWARD BAROUSSE, III (28310)
            JORDAN JOHN HENAGAN (36206)
            200 West Congress Street, Suite 1000
            Post Office Box 4305
            Lafayette, Louisiana 70502-4305
            Telephone: (337) 232-1604 Ext. 232
            Facsimile: (337) 232-1837
            E-mail: rabalais@bornewilkes.com

ATTORNEYS FOR DISTRICT ATTORNEY DONALD LANDRY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 15TH JUDICIAL DISTRICT OF LOUISIANA