UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| TARA FOGLEMAN-LAXEY | : |
| VERSUS | : CIVIL ACTION NO.: 6:21-CV-03038 |
| JOSH GUILLORY, ET AL | : JUDGE MICHAEL J. JUNEAU; MAG. JUDGE HANNA |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

### ORDER

Considering the foregoing Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted on behalf of DISTRICT ATTORNEY DONALD LANDRY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 15TH JUDICIAL DISTRICT OF LOUISIANA, in the above-captioned matter;

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss filed on behalf of DISTRICT ATTORNEY DONALD LANDRY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 15TH JUDICIAL DISTRICT OF LOUISIANA, be and is hereby ***GRANTED***, and that plaintiff's claims are dismissed, with full prejudice.

THUS DONE AND SIGNED at Lafayette, Louisiana, this _____ day of _____, 20_____.

_____
JUDGE