Exhibit A

```
              IN THE CRIMINAL DISTRICT COURT

           OF THE FIFTEENTH JUDICIAL DISTRICT

            IN AND FOR THE PARISH OF LAFAYETTE

                  STATE OF LOUISIANA



* * * * * * * * * * * * * * * * * * * * * * * * *

STATE OF LOUISIANA

VERSUS                         DOCKET NUMBER: MD-176409

TARA FOGLEMAN-LAXEY

* * * * * * * * * * * * * * * * * * * * * * * * *


     The above-captioned case came up for sentencing at

the Lafayette Parish Courthouse, Lafayette, Louisiana,

before the Honorable Royal D. Colbert, District Judge,

of the above-styled court, on Monday, February 8, 2021,

pursuant to notice.
```

**APPEARANCES:**

    **FOR THE STATE:**

    **MR. LANCE BEAL**
    **ASSISTANT DISTRICT ATTORNEY**
    **LAFAYETTE DISTRICT ATTORNEY'S OFFICE**
    600 Jefferson Street, Suite 810
    Lafayette, Louisiana 70501


    **FOR TARA FOGLEMAN-LAXEY:**

    **MR. MARCUS ALLEN**
    **MARCUS ALLEN LAW OFFICES**
    413 Lee Avenue
    Lafayette, Louisiana 70501


REPORTED BY: CHARLOTTE A. HOFFMAN

*CHARLOTTE A. HOFFMAN*
*OFFICIAL REPORTER*
LAFAYETTE, LOUISIANA
337-654-8542

| | |
|---|---|
| 1 | OPEN COURT |
| 2 | HONORABLE ROYAL D. COLBERT, DISTRICT JUDGE, PRESIDING |
| 3 | MONDAY, FEBRUARY 8, 2021 |
| 4 | HEARING |
| 5 | * * * * * |
| 6 | |
| 7 | THE COURT: Okay, I see Mr. Allen and Mr. |
| 8 | Beal.  So, I think we now have Ms. Fogleman- |
| 9 | Laxey.  Mr. Beal, I don't have a file on |
| 10 | this.  What is this?  State of Louisiana |
| 11 | versus -- |
| 12 | MR. BEAL: Yes, Your Honor.  Lance Beal, |
| 13 | on behalf of the State of Louisiana. |
| 14 | MR. ALLEN: Marcus Allen, on behalf of |
| 15 | Tara Fogleman-Laxey. |
| 16 | MR. BEAL: Your Honor, this is going to |
| 17 | be under Docket Number MD-176409.  It's |
| 18 | actually at this time -- Ms. Laxey is |
| 19 | scheduled to be arraigned tomorrow, however, |
| 20 | in co-operation with the victim, the State |
| 21 | has come to an agreement that we will dismiss |
| 22 | the charges with prejudice against Ms. Laxey, |
| 23 | in exchange for a civil stay-away order |
| 24 | against the Mayor President, Josh Guillory. |
| 25 | She's to remain a hundred feet away from Mr. |
| 26 | Guillory and his family, and a hundred feet |
| 27 | away from his residence.  In addition, this |
| 28 | will not infringe upon her right to petition |
| 29 | and her right of freedom of speech to attend |
| 30 | City Council meetings, Parish Council |
| 31 | meetings, or any other type of public event |
| 32 | in a public capacity. |

1   THE COURT: Mr. Allen?

2   MR. ALLEN: Your Honor, in response, we

3   have agreed to do this.  My client has

4   continued to stay away from Mr. Guillory

5   since she's bonded out.  She does have a

6   concern with the dismissal, in that she does

7   want to have the destruction of her finger

8   prints and any of her information.  Since

9   this is a dismissal, she doesn't want that to

10  have to follow behind her.

11  THE COURT: I agree.

12  MR. BEAL: I have to no objection to

13  that.

14  MR. ALLEN: Other than that, we're fine.

15  THE COURT: Ms. Laxey, do you have

16  anything you want to say?

17  THE COURT: The floor is yours.

18  MS. LAXEY: I do.  Do I need to stand,

19  out of respect?

20  THE COURT: No, ma'am.

21  MS. LAXEY: Okay.  Although I appreciate

22  Mr. Beal and what he just said, I need to

23  make it clear that, "with the co-operation of

24  the victim", there was no victim in this

25  situation.  And I highly doubt that our Mayor

26  Parish President, pushed to have the charges

27  dropped, when clearly, he probably pushed the

28  issue for the charges to be accepted, to try

29  to teach me a lesson.  So, I feel it's

30  important to state that.  Justice for

31  Trayford Pellerin.

32  THE COURT: I'm assuming that this is a

1    stipulation, am I right?  Mr. Beal?  Mr.

2    Allen?

3            MR. BEAL: Yes, Your Honor.

4            MR. ALLEN: It is, Your Honor.

5            THE COURT: And the Court accepts the

6    stipulation, with the caveat, that Court

7    costs are split with both parties.  This is

8    the arena for politics.  I highly doubt that

9    Mr. Guillory, who is an Army-trained officer,

10   with several deployments, is afraid of Ms.

11   Fogleman.  The Court is not the place for the

12   political stunts.  I don't think we need to

13   adjudicator of public opinion, or any such

14   matter, in the realm.  However, with the

15   agreement, it's my understanding that the

16   stay-away order, again, cannot and will not

17   infringe on her right of redress at City

18   Council, or refer her from any City Council

19   or public open meeting.  Is that correct?

20           MR. BEAL: Yes, Your Honor.  That is

21   correct.  We will ensure that Ms. Fogleman

22   has -- Ms. Laxey has full -- nothing

23   infringes upon her right to petition, her

24   right to freedom of speech or redress, in any

25   form or fashion.

26           THE COURT: And, again, the civil stay-

27   away order does not -- while I agree that it

28   should apply to Josh, and Mr. Guillory's wife

29   and children.  Again, totally understandable,

30   but Mr. Guillory is a public servant, elected

31   by the people of Lafayette, which, I believe

32   Ms. Fogleman is a person with the right to

1    vote in Lafayette Parish.  So, he serves at

2    her whim.  He is like I am.  He is an elected

3    official.  So, I am going to state that, one,

4    the civil stay-away order will expire within

5    365 days.  Number one.  And it applies only

6    to his wife and his children, not to Mr.

7    Guillory.  She can -- while I would ask her

8    not to redress him in his private capacity,

9    if he is somewhere, i.e., any public forum

10   where he is speaking in his capacity as the

11   Mayor President, this civil stay-away order

12   will not apply.  Are we clear with that?

13        MR. BEAL: Yes, Your Honor.

14        THE COURT: Having said that, again, as

15   long as it doesn't infringe on her right of

16   speech, or right to traverse, or her right to

17   redress, the Court will accept the

18   stipulation.

19        MR. ALLEN: Thank you, Your Honor.

20        MR. BEAL: Thank you, Your Honor.

21        THE COURT: And ask that y'all keep your

22   political squabbles out of this Court.

23        MR. ALLEN: Thank you.

24        MR. BEAL: And, Your Honor, just to be

25   clear, we do dismiss both charges;

26   obstruction of public passage and disturbing

27   the peace, under Docket Number MD-176409.

28        THE COURT: Done.  Ms. Charlotte, are we

29   off the record?

30        MS. FOGLEMAN: Wait, I'm sorry.  He said

31   something about, in any capacity; like at any

32   other meetings, not just City Council and

1     Town Hall.

2      MR. BEAL: Correct.

3      THE COURT: But, if he's at another

4    Patriot's meeting, I'm coming.

5      (HEARING CONCLUDED)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

PARISH OF LAFAYETTE

STATE OF LOUISIANA

I, Charlotte A. Hoffman, hereby certify that I am a duly appointed, certified, and acting official court reporter of the 15th Judicial District Court for the Parishes of Acadia, Lafayette and Vermilion, State of Louisiana.

I further certify that the foregoing 7 pages are a true and correct transcript of the proceedings had in the above-entitled cause; that the testimony of said transcript was reported by me by stenomask and transcribed by myself or under my personal direction and supervision, and that same constitutes a total transcription of the requested material in the above-entitled matter to the best of my ability and understanding.

Lafayette, Louisiana, this 1st day of September, 2021.


_____

CHARLOTTE A. HOFFMAN, CCR

OFFICIAL COURT REPORTER

CERTIFICATE NUMBER 91191