# Exhibit B


#176409

| | |
|---|---|
| JOSH GUILLORY | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NUMBER: |
| TARA LAXEY | LAFAYETTE PARISH, LOUISIANA |

Date of Birth: 05/03/1974   Race: WHITE   Sex: FEMALE
Address: 423 CEDAR CREST COURT

Driver's License #     SSN: ▆▆▆▆▆9468

## CIVIL STAY AWAY ORDER

IT IS ORDERED, ADJUDGED AND DECREED that

TARA LAXEY is ordered to stay away from (at least 100 feet away), and not to harass or disturb JOSH GUILLORY AND FAMILY for eighteen (18) months, excluding Town Hall Meetings, City Council Meeting, or any ~~property as mayor-president~~ event in his capacity as mayor-president. JH

IT IS FURTHER ORDERED that this Civil Stay Away Order is not to be lodged with any state registry and it by no means considered a protective order. A violation of this stay away order may subject a party to contempt of court.

JUDGMENT READ AND SIGNED on this 8th day of February, 2020, Lafayette, Louisiana

_L Bell_
~~Plaintiff~~, ADA 15th JDC

_Tara Coleman Laxey_
Defendant
_Marcus Allen_, Attorney

DISTRICT JUDGE

CLERK OF COURT
LAFAYETTE, LA
FILED THIS DAY
FEB 08 2021

_Lauren McGee_
DY. CLERK OF COURT
CC: State - Lance Beal
    Defense - Marcus Allen
    Defendant - Tara Laxey
            in open court

JM