Exhibit C

# Lafayette Parish Clerk of Court
## Judge: ROYALE L COLBERT   Session: 2/8/2021

Court met this date pursuant to adjournment with the Honorable Royale Colbert, Judge presiding; Charlotte Baudoin, Court Reporter; Lauren McGee, Deputy Clerk of Court; Lance Beal, Asst. District Attorney(s); Peggy Sam and Brent Ledoux; Deputy Sheriffs; all being in attendance.

MD-176409
D
2/8/2021

**STATE OF LOUISIANA VS TARA FOGLEMAN LAXEY**
1) 08/29/2020 OBSTRUCTION PUBLIC PASSAGES (14:100.1)
2) 08/29/2020 DISTURBING THE PEACE (14:103)

The accused was present in open court and represented by counsel, Marcus Allen. On motion of the State, this matter was hereby dismissed with Prejudice, at the request of the victim.

The defendant presented statements to the Court and stipulated to a Civil Stay Away Order for 12 months, which was signed by the State, the defendant, and the Court and filed into the record this date.

Whereupon Court then adjourned.