**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **TARA FOGLEMAN-LAXEY** | **CASE NO. 6:21-CV-03038** |
| **VERSUS** | **CHIEF JUDGE S. MAURICE HICKS, JR.** |
| **JOSH GUILLORY ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

**MINUTES OF COURT:**
**Motion Hearing**

| | | | |
|---|---|---|---|
| Date: | March 30, 2022 | Presiding: | Magistrate Judge Patrick J. Hanna |
| Court Opened: | 10:00 am | Courtroom Deputy: | Chrissy Craig-Fontenot |
| Court Adjourned: | 11:06 am | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 1:06 | Courtroom: | CR7 |

**APPEARANCES**

| | | |
|---|---|---|
| Fabio Dworschak (RET) | For | Tara Fogleman-Laxey, Plaintiff |
| Joy C Rabalais | For | Lisa Carstens, Defendant and Donald Landry, Defendant |
| Jennifer Miller Ardoin (RET) | For | Mark Garber, Defendant |

**PROCEEDINGS**

Case called for oral argument on **Motions to Dismiss [Rec. Docs. 40 & 41],** filed by **Lisa Carstens and Donald Landry**.

For the reasons stated on the record, this Court the motions will be TAKEN UNDER ADVISEMENT.