UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TARA FOGLEMAN-LAXEY** | **CASE NO.  6:21-CV-03038** |
| **VERSUS** | **CHIEF JUDGE S. MAURICE HICKS, JR.** |
| **JOSH GUILLORY ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## MINUTES

A telephone status conference was held on Thursday, June 23, 2022 starting at 1:30 p.m. and ending at 1:57 p.m.[1] Participating in the conference, along with the undersigned, were Fabio Dworschak, Lane Conrad, and Luis Pena-Navarro on behalf of plaintiff; Joy Rabalais on behalf of defendants Josh Guillory, Scott Morgan, Lisa Carstens and Don Landry; Jennifer Ardoin on behalf of Mark Garber;

The undersigned heard discussion on several discovery issues in this case.  As directed during the conference, plaintiff's counsel will provide cited authorities to the Court as soon as is practicable by email at: hanna_orders@lawd.uscourts.gov.

Signed at Lafayette, Louisiana, this 23rd day of June, 2022.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time:  27 minutes.