**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

TARA FOGLEMAN-LAXEY                    CIVIL ACTION NO. 6:21-3038

VERSUS                                 CHIEF JUDGE S. MAURICE HICKS, JR.

JOSH GUILLORY ET AL.                   MAGISTRATE JUDGE WHITEHURST

## ORDER

Before this Court are motions to dismiss filed by Defendants Donald Landry ("D.A. Landry") and Lisa Carstens ("Lt. Carstens"). (Rec. Docs. 40, 41). These motions were referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, including the objections (Rec. Doc. 78), the responses (Rec. Docs. 79, 80), and the reply (Rec. Doc. 82), this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own, except as to the analysis of the supplemental jurisdiction over the remaining state-law claims against D.A. Landry set forth in Section III(G) of the Report and Recommendation (Rec. Doc. 72 at 35–36) – which is explained more fully below.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, D.A. Landry's motion to dismiss (Rec. Doc. 40) is **DENIED** insofar as it seeks dismissal by application of the *Heck* doctrine. D.A. Landry's motion is **GRANTED IN PART**, such that all individual capacity claims by Plaintiff under Louisiana

1

and Federal law and official capacity claims under Federal law are **DISMISSED WITH PREJUDICE**. To the extent the Report and Recommendation recommended the dismissal without prejudice of Plaintiff's remaining state-law claims on the grounds of declining to exercise supplemental jurisdiction, this Court declines to adopt such recommendation. Instead, D.A. Landry's motion is **GRANTED IN PART**, such that all individual capacity claims and official capacity claims against D.A. Landry by Plaintiff under Louisiana law are **DISMISSED WITH PREJUDICE**, as this Court believes the Magistrate Judge analyzed the merits of ALL state law claims against D.A. Landry. Hence, those claims should be dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED and **DECREED** that Lt. Carstens' motion to dismiss (Rec. Doc. 41) be **DENIED** insofar as it seeks dismissal by application of the *Heck* doctrine. Lt. Carstens' motion is **GRANTED** insofar as all claims by Plaintiff against Lt. Carstens in her individual capacity be **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED, ADJUDGED and **DECREED** that Plaintiff shall amend her Complaint to specify the remaining claims made as to each remaining defendant, omitting unnecessary narrative details and refining the content of the Complaint to allege specific facts against each defendant.

IT IS FURTHER ORDERED, ADJUDGED and **DECREED** that this Court shall certify to the Louisiana Attorney General the constitutional question of whether La. R.S. §§ 14:100.1 and 103(A)(5) are unconstitutionally vague and/or overbroad facially and as

applied, as restrictions that violate the First Amendment of the United States Constitution and Article I, Sections Seven and Nine of the Louisiana Constitution.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 26th day of September, 2022.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE