## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| TARA FOGLEMAN-LAXEY | CIVIL ACTION NO. 6:21-3038 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JOSH GUILLORY, ET AL. | MAGISTRATE JUDGE WHITEHURST |

### ORDER

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and after consideration of the objection (Record Document 126) and response (Record Document 127) thereto filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, the Rule 12(b)(6) Motion to Dismiss filed by Defendants Josh Guillory, Scott Morgan, and the Lafayette City-Parish Consolidated Government (Record Document 102) is **GRANTED** in its entirety, and that all claims by the Plaintiff against these defendants are **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED,** at Lafayette, Louisiana, this 25th day of September, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE